UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2018 MAY 17 PM 3:14

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DION ROOSVELT MCCLENDON<br><br>Defendant. | CASE NO.<br><br>JUDGE MARBLEY<br><br>INDICTMENT<br><br>18 U.S.C. § 1344(2)<br>18 U.S.C. § 1708<br>18 U.S.C. § 115(a)(1)(B) and (b)(4)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

## COUNT 1

### Attempted Bank Fraud

On or about December 18, 2017, in the Southern District of Ohio, Eastern Division, defendant **DION ROOSVELT MCCLENDON**, did execute, and attempt to execute, a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises, from J.P. Morgan Chase Bank, a financial institution doing business in the State of Ohio insured by the Federal Deposit Insurance Corporation, in that defendant presented a check in an amount of $2,100, forged with "Dion McClendon" as the payee, and attempted to cash the check at Checksmart, 91 S. Hamilton Road, Whitehall, Ohio, 43213.

**In violation of 18 U.S.C. § 1344(2).**

## COUNT 2

**Possession of Stolen Mail**

On or about February 28, 2018, in the Southern District of Ohio, Eastern Division, defendant **DION ROOSVELT MCCLENDON** unlawfully received, concealed, and possessed mail, to wit: approximately three checks, each of which defendant knew was stolen from an authorized depository for mail matter.

**In violation of 18 U.S.C. §§ U.S.C. 1708 and 2.**

## COUNT 3

**Threats Against a Federal Law Enforcement Officer**

On or about April 27, 2018, in the Southern District of Ohio, Eastern Division, defendant **DION ROOSVELT MCCLENDON** did threaten to assault Timothy McCall, a federal law enforcement officer, with the United States Postal Inspection Service, with the intent to impede, intimidate, and interfere with him while he was engaged in and on account of the performance of official duties, and with the intent to retaliate against Timothy McCall in retaliation for the performance of his official duties.

**In violation of 18 U.S.C. §§ 115(a)(1)(B) and (b)(4).**

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures to the United States.

2. Upon conviction of the offense alleged in Count 2 of this Indictment in violation of 18 U.S.C. § 1708, or a conspiracy to commit such offense, the defendant, **DION ROOSVELT MCCLENDON**, shall forfeit to the United States of America, pursuant to 18 U.S.C.

§ 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, constituting or derived from proceeds obtained as a result of such violation.

3. If any of the forfeitable property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), is entitled to seek forfeit any other property of the defendant up to the value of the above forfeitable property.

**Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), along with 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL**

s/FOREPERSON
**FOREPERSON**

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

*[signature]*
**JONATHAN J.C. GREY, (6292918-IL)**
**Assistant United States Attorney**