IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,   :

      Plaintiff,   :

v.   :   Case No. 2-18-cr-99-1

    :

Dion R. McClendon,   :

      Defendant.   :

## CONSENT TO PROCEED WITH CONDITIONAL GUILTY PLEA BEFORE A UNITED STATES MAGISTRATE JUDGE

The defendant has been informed of the right to enter a guilty plea before a United States District Judge. By signing below, the defendant waives that right and agrees to proceed with a conditional guilty plea before a United States Magistrate Judge, followed by a Report and Recommendation to the District Judge.

X _____
Defendant

_Rasheeda Khan 0075054_
Attorney for Defendant

Dated: April 3, 2019